United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-30386

Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ROBERT SLEDGE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Monroe

_____

Before REAVLEY, GARZA and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed because the evidence supports the

verdict and the finding that Robert Sledge knowingly possessed the cocaine. It was proved

that Sledge controlled the car, made the trip to Houston to obtain property he placed in the

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

trunk of the car, and the officer recovered the cocaine from the trunk.

AFFIRMED.